**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Annette M. Ciotola          BK NO. 23-00365 MJC

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Michael Farrington
Michael Farrington
27 Feb 2023, 11:05:20, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322