United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00365-MJC |
| Annette M Ciotola | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Mar 10, 2023 | Form ID: pdf010 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Annette M Ciotola, 528 Clover Court, Exeter, PA 18643-1168 |
| 5523075 | + | Commonwealth Health, PO Box 637289, Cincinnati OH 45263-7289 |
| 5523081 | | Loancare Servicing Center, 3673 Sentara Way STE 303, Virginia Beach VA, 23452 |
| 5523095 | + | Wilkes Barre General Hospital, 575 North River Street, Wilkes Barre PA 18702-2634 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 10 2023 18:51:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5523070 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 10 2023 18:37:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5523071 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2023 18:51:00 | Best Buy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5523072 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 10 2023 18:51:11 | Capital One, PO Box 30281, Salt Lake City UT 84130-0281 |
| 5523073 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 10 2023 18:37:00 | Celtic Bank/Continental Finance, 268 State Street Suite 300, Salt Lake City UT 84111-5314 |
| 5523074 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 10 2023 18:37:00 | Commenity Capital HSN, PO Box 182120, Columbus OH 43218-2120 |
| 5523076 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 10 2023 18:51:05 | Credit One Bank, PO Box 98872, Las Vegas NV 89193-8872 |
| 5523077 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 10 2023 18:51:00 | Credit One Bank, PO Box 98873, Las Vegas NV 89193-8873 |
| 5523078 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 10 2023 18:37:00 | Fingerhut, 6250 Ridgewood Road, St. Cloud MN 56303-0820 |
| 5523079 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 10 2023 18:37:00 | Fortiva TBOM, 5 Concourse Parkway Suite 400, Atlanta GA 30328-9114 |
| 5523080 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 10 2023 18:37:00 | Indigo- Celtic Bank, PO Box 4499, Beaverton OR 97076-4499 |
| 5523082 | + | Email/Text: MDSBankruptcies@meddatsys.com | Mar 10 2023 18:37:00 | Medical Data Systems, d/b/a Medical Revenue Service, 645 Walnut St Ste 5, Gadsden, AL 35901-4173 |
| 5523083 | + | Email/Text: MDSBankruptcies@meddatsys.com | Mar 10 2023 18:37:00 | Medical Data Systems, 645 Walnut St Ste 5, Gadsden, AL 35901-4173 |
| 5523084 | + | Email/Text: MDSBankruptcies@meddatsys.com | Mar 10 2023 18:37:00 | Medical Data Systems, 2001 9th Avenue STE 312, Vero Beach FL 32960-6413 |
| 5523085 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 10 2023 18:50:59 | Ollo Ally, 1511 Friendship Road, Jefferson City |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | MO 65101-8703 |
| 5523087 | | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2023 18:51:00 | SYNCB/AMAZON PLCC, PO BOX 965015, Orlando, FL 32896-5015 |
| 5523088 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2023 18:51:00 | SYNCB/Car Care, PO Box 965001, Orlando, FL 32896-5001 |
| 5523090 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2023 18:51:05 | SYNCB/Lowes, PO Box 965005, Orlando FL 32896-5005 |
| 5523091 | | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2023 18:51:05 | SYNCB/PPC, PO BOX 965005, Orlando, FL 32896-5005 |
| 5523092 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2023 18:51:05 | SYNCB/SAMS, P.O. Box 965005, Orlando, FL 32896-5005 |
| 5523086 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2023 18:51:12 | Sunoco Citibank CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5523089 | | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2023 18:51:05 | Syncb/Evine Live, PO Box 965005, Orlando, FL 32896-5005 |
| 5523387 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2023 18:51:11 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5523093 | + | Email/Text: bncmail@w-legal.com | Mar 10 2023 18:37:00 | TD Bank USA Target Credit, NCD 0240 PO Box 1470, Minneapolis MN 55440-1470 |
| 5523094 | | Email/Text: bknotice@upgrade.com | Mar 10 2023 18:37:00 | Upgrade Inc, 275 Battery Street 22nd Floor, San Francisco, CA 94111 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 12, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Fisher | on behalf of Debtor 1 Annette M Ciotola johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Michael Patrick Farrington | |

on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ANNETTE M. CIOTOLA | : | CHAPTER 13 |
| | : | |
| Debtor | : | CASE NO.: 5:23-bk-00365-MJC |
| | : | |
| | : | MOTION TO EXTEND STAY |

### ORDER

Upon consideration of the Debtor's Motion to Extend Automatic Stay as to All Creditors, Dkt. # 9 ("Motion"), good cause having been demonstrated by the Movant to warrant the relief requested, and after a hearing held on March 9, 2023, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the automatic stay in the above-captioned case is hereby **EXTENDED** as to all creditors, until such time as the herein case is dismissed, discharged, or this Court enters an Order modifying the stay.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: March 10, 2023