United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Annette M Ciotola  
    Debtor

Case No. 23-00365-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Mar 28, 2023      Form ID: ntcnfhrg      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Annette M Ciotola, 528 Clover Court, Exeter, PA 18643-1168 |
| 5529613 | | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5523075 | + | Commonwealth Health, PO Box 637289, Cincinnati OH 45263-7289 |
| 5523081 | | Loancare Servicing Center, 3673 Sentara Way STE 303, Virginia Beach VA, 23452 |
| 5523095 | + | Wilkes Barre General Hospital, 575 North River Street, Wilkes Barre PA 18702-2634 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 28 2023 18:48:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5523070 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 28 2023 18:43:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5523071 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2023 18:48:51 | Best Buy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5523072 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2023 18:49:12 | Capital One, PO Box 30281, Salt Lake City UT 84130-0281 |
| 5523073 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 28 2023 18:43:00 | Celtic Bank/Continental Finance, 268 State Street Suite 300, Salt Lake City UT 84111-5314 |
| 5523074 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 28 2023 18:43:00 | Commenity Capital HSN, PO Box 182120, Columbus OH 43218-2120 |
| 5523076 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 28 2023 18:49:03 | Credit One Bank, PO Box 98872, Las Vegas NV 89193-8872 |
| 5523077 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 28 2023 18:48:51 | Credit One Bank, PO Box 98873, Las Vegas NV 89193-8873 |
| 5523078 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 28 2023 18:43:00 | Fingerhut, 6250 Ridgewood Road, St. Cloud MN 56303-0820 |
| 5523079 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 28 2023 18:43:00 | Fortiva TBOM, 5 Concourse Parkway Suite 400, Atlanta GA 30328-9114 |
| 5523080 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 28 2023 18:43:00 | Indigo- Celtic Bank, PO Box 4499, Beaverton OR 97076-4499 |
| 5523082 | + | Email/Text: MDSBankruptcies@meddatsys.com | Mar 28 2023 18:43:00 | Medical Data Systems, d/b/a Medical Revenue Service, 645 Walnut St Ste 5, Gadsden, AL 35901-4173 |
| 5523083 | + | Email/Text: MDSBankruptcies@meddatsys.com | Mar 28 2023 18:43:00 | Medical Data Systems, 645 Walnut St Ste 5, Gadsden, AL 35901-4173 |
| 5523084 | + | Email/Text: MDSBankruptcies@meddatsys.com | Mar 28 2023 18:43:00 | Medical Data Systems, 2001 9th Avenue STE 312, Vero Beach FL 32960-6413 |
| 5523085 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Mar 28 2023 18:49:12 | Ollo Ally, 1511 Friendship Road, Jefferson City MO 65101-8703 |
| 5523087 | | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2023 18:48:50 | SYNCB/AMAZON PLCC, PO BOX 965015, Orlando, FL 32896-5015 |
| 5523088 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2023 18:48:50 | SYNCB/Car Care, PO Box 965001, Orlando, FL 32896-5001 |
| 5523090 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2023 18:49:01 | SYNCB/Lowes, PO Box 965005, Orlando FL 32896-5005 |
| 5523091 | | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2023 18:49:13 | SYNCB/PPC, PO BOX 965005, Orlando, FL 32896-5005 |
| 5523092 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2023 18:49:12 | SYNCB/SAMS, P.O. Box 965005, Orlando, FL 32896-5005 |
| 5523086 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2023 18:48:52 | Sunoco Citibank CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5523089 | | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2023 18:49:03 | Syncb/Evine Live, PO Box 965005, Orlando, FL 32896-5005 |
| 5523387 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2023 18:49:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5523093 | + | Email/Text: bncmail@w-legal.com | Mar 28 2023 18:43:00 | TD Bank USA Target Credit, NCD 0240 PO Box 1470, Minneapolis MN 55440-1470 |
| 5523094 | | Email/Text: bknotice@upgrade.com | Mar 28 2023 18:43:00 | Upgrade Inc, 275 Battery Street 22nd Floor, San Francisco, CA 94111 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Fisher | on behalf of Debtor 1 Annette M Ciotola johnvfisher@yahoo.com  fisherlawoffice@yahoo.com |

| | | |
|---|---|---|
| Michael Patrick Farrington | | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |
| United States Trustee | | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Annette M Ciotola,    Chapter    13

**Debtor 1**

Case No.    5:23−bk−00365−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**April 27, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 4, 2023<br><br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ToniaWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 28, 2023 |

ntcnfhrg (08/21)