United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00365-MJC |
| Annette M Ciotola | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Jul 14, 2023 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Lynn Todd, Bankruptcy Representative, PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| + | Officer, Managing or General Agent, or Agent, Authorized to Receive Service of Process, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Fisher | on behalf of Debtor 1 Annette M Ciotola johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Michael Patrick Farrington | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **ANNETTE M. CIOTOLA.** | : | **Chapter 13** |
| Debtor, | : | **Case No.: 5:23-bk-00365-MJC** |
| | | |
| **ANNETTE M. CIOTOLA,** | : | |
| Objector(s), | : | Objection to |
| v. | : | Proof of Claim |
| | | |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC,** | : | |
| | : | |
| Claimant. | | |

## ORDER SUSTAINING OBJECTION TO
## PROOF OF CLAIM NO. 2 OF PORTFOLIO RECOVERY ASSOCIATES, LLC

Upon consideration of Debtor's Objection to Proof of Claim No. 2 of **PORTFOLIO RECOVERY ASSOCIATES, LLC**, Dkt. # 29, it is hereby **ORDERED** that the Objection to Proof of Claim No. 2 be and is hereby **SUSTAINED**. It is further **ORDERED** that Proof of Claim No. 2 be and is hereby **DENIED** in its entirety.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: July 14, 2023