United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00365-MJC |
| Annette M Ciotola | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Jun 05, 2025 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Officer, Managing or General Agent, or Agent Autho, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| | + | Officer, Managing or General Agent, or Agent Autho, LoanCare, LLC, 5401 N University DR STE 104, Coral Springs, FL 33067-4636 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 07, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| John Fisher | on behalf of Debtor 1 Annette M Ciotola johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **ANNETTE M. CIOTOLA,** | : | Chapter **13** |
| Debtor, | : | Case No. **5:23-bk-00365-MJC** |
| **ANNETTE M. CIOTOLA,** | : | |
| Movant(s) | : | Motion to |
| v. | : | Approve Loan Modification |
| **LOANCARE, LLC,** | : | |
| Respondent(s) | : | |

## ORDER GRANTING
## MOTION TO APPROVE LOAN MODIFICATION

Upon consideration of Debtor's Motion to Approve Loan Modification, Dkt. # 57, after counsel's certification that proper notice was provided to all parties entitled to notice, no responses having been filed thereto, it is hereby

**ORDERED** that the Motion is **GRANTED**. Debtor is hereby authorized to execute any and all documents required for the Loan Modification, and any related documents necessary to implement such agreement; and it is further

**ORDERED** that **LoanCare, LLC,** is hereby authorized to take such actions as are required to implement the agreement, including the recording of the Partial Claim Second Mortgage in favor of the United States Department of Housing and Urban Development.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: June 5, 2025