United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                            Case No. 23-00365-MJC

Annette M Ciotola                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                         User: AutoDocke                              Page 1 of 3

Date Rcvd: Jun 03, 2026                      Form ID: 3180W                               Total Noticed: 43

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Annette M Ciotola, 528 Clover Court, Exeter, PA 18643-1168 |
| 5523075 | + | Commonwealth Health, PO Box 637289, Cincinnati OH 45263-7289 |
| 5523081 | | Loancare Servicing Center, 3673 Sentara Way STE 303, Virginia Beach VA, 23452 |
| 5523095 | + | Wilkes Barre General Hospital, 575 North River Street, Wilkes Barre PA 18702-2634 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jun 03 2026 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2026 18:45:01 | c/o Resurgent Capita Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5529613 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 03 2026 18:45:14 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5523070 | + | EDI: TSYS2 | Jun 03 2026 22:43:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5523071 | + | EDI: CITICORP | Jun 03 2026 22:43:00 | Best Buy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5523072 | + | EDI: CAPITALONE.COM | Jun 03 2026 22:43:00 | Capital One, PO Box 30281, Salt Lake City UT 84130-0281 |
| 5523073 | + | EDI: PHINGENESIS | Jun 03 2026 22:43:00 | Celtic Bank/Continental Finance, 268 State Street Suite 300, Salt Lake City UT 84111-5314 |
| 5523074 | + | EDI: WFNNB.COM | Jun 03 2026 22:43:00 | Commenity Capital HSN, PO Box 182120, Columbus OH 43218-2120 |
| 5523076 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 03 2026 18:45:09 | Credit One Bank, PO Box 98872, Las Vegas NV 89193-8872 |
| 5523077 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 03 2026 18:45:15 | Credit One Bank, PO Box 98873, Las Vegas NV 89193-8873 |
| 5523078 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 03 2026 18:45:01 | Fingerhut, 6250 Ridgewood Road, St. Cloud MN 56303-0820 |
| 5523079 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 03 2026 18:41:00 | Fortiva TBOM, 5 Concourse Parkway Suite 400, Atlanta GA 30328-9114 |
| 5523080 | + | EDI: PHINGENESIS | Jun 03 2026 22:43:00 | Indigo- Celtic Bank, PO Box 4499, Beaverton OR 97076-4499 |
| 5538326 | | EDI: JEFFERSONCAP.COM | Jun 03 2026 22:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5533807 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2026 18:45:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| | | | |
|---|---|---|---|
| 5538635 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 03 2026 18:41:00 | LoanCare, LLC, 3637 Sentara Way, Virgina Beach, VA 23452-4262 |
| 5523082 | + Email/Text: MDSBankruptcies@meddatsys.com | Jun 03 2026 18:41:00 | Medical Data Systems, d/b/a Medical Revenue Service, 645 Walnut St Ste 5, Gadsden, AL 35901-4173 |
| 5523083 | + Email/Text: MDSBankruptcies@meddatsys.com | Jun 03 2026 18:41:00 | Medical Data Systems, 645 Walnut St Ste 5, Gadsden, AL 35901-4173 |
| 5523084 | + Email/Text: MDSBankruptcies@meddatsys.com | Jun 03 2026 18:41:00 | Medical Data Systems, 2001 9th Avenue STE 312, Vero Beach FL 32960-6413 |
| 5523085 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 03 2026 18:45:01 | Ollo Ally, 1511 Friendship Road, Jefferson City MO 65101-8703 |
| 5530671 | EDI: PRA.COM | Jun 03 2026 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5551577 | EDI: Q3G.COM | Jun 03 2026 22:43:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5536457 | EDI: Q3G.COM | Jun 03 2026 22:43:00 | Quantum3 Group LLC as agent for, BLST SMS LLC & BB Allium Borrowing Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 5551578 | + EDI: Q3G.COM | Jun 03 2026 22:43:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 5536456 | EDI: Q3G.COM | Jun 03 2026 22:43:00 | Quantum3 Group LLC as agent for, BLST Marketing Sales & Receivables LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5534973 | EDI: Q3G.COM | Jun 03 2026 22:43:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5660854 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2026 18:45:01 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603, Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5660853 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2026 18:45:08 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5523087 | EDI: SYNC | Jun 03 2026 22:43:00 | SYNCB/AMAZON PLCC, PO BOX 965015, Orlando, FL 32896-5015 |
| 5523088 | + EDI: SYNC | Jun 03 2026 22:43:00 | SYNCB/Car Care, PO Box 965001, Orlando, FL 32896-5001 |
| 5523090 | + EDI: SYNC | Jun 03 2026 22:43:00 | SYNCB/Lowes, PO Box 965005, Orlando FL 32896-5005 |
| 5523091 | EDI: SYNC | Jun 03 2026 22:43:00 | SYNCB/PPC, PO BOX 965005, Orlando, FL 32896-5005 |
| 5523092 | + EDI: SYNC | Jun 03 2026 22:43:00 | SYNCB/SAMS, P.O. Box 965005, Orlando, FL 32896-5005 |
| 5523086 | EDI: CITICORP | Jun 03 2026 22:43:00 | Sunoco Citibank CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5523089 | EDI: SYNC | Jun 03 2026 22:43:00 | Syncb/Evine Live, PO Box 965005, Orlando, FL 32896-5005 |
| 5523387 | + EDI: PRA.COM | Jun 03 2026 22:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5523093 | + EDI: WTRRNBANK.COM | Jun 03 2026 22:43:00 | TD Bank USA Target Credit, NCD 0240 PO Box 1470, Minneapolis MN 55440-1470 |
| 5523094 | Email/Text: bknotice@upgrade.com | | |

| | Jun 03 2026 18:41:00 | Upgrade Inc, 275 Battery Street 22nd Floor, San Francisco, CA 94111 |
|---|---|---|
| 5534916 + Email/Text: pasi_bankruptcy@chs.net | Jun 03 2026 18:41:00 | Wilkes-Barre General Hospital c/o PASI, PO Box 188, Brentwood, TN 37024-0188 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5551579 | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5551580 | *+ | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| John Fisher | on behalf of Debtor 1 Annette M Ciotola johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Annette M Ciotola | Social Security number or ITIN   xxx–xx–9966 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:23–bk–00365–MJC | |

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Annette M Ciotola

**By the court:**

6/3/26

Mark J. Conway, United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 5:23-bk-00365-MJC　Doc 68　Filed 06/05/26　Entered 06/06/26 00:26:14　Desc
Imaged Certificate of Notice　Page 6 of 6